THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington,<br><br>Defendant. | NO. 3:22-cv-05540- RJB<br><br>STIPULATED MOTION TO EXTEND INITIAL DISCOVERY DEADLINES |

Pursuant to LCR 7(d)(1) and LCR 10(c), the parties respectfully request an extension of the deadlines for their FRCP 26(f) Conference, exchange of initial disclosures, and submission of their Joint Status Report and Discovery Plan, for the reasons set forth below.

1. Plaintiff commenced this action by filing the Complaint on July 27, 2022. Dkt. #1.

2. On July 29, 2022, the Court entered an Order, setting the following initial discovery deadlines, Dkt. #8:

    a. FRCP 26(f) Conference:     10/13/2022

    b. Initial Disclosures Pursuant to FRCP 26(a)(1):     10/20/2022

    c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f):     10/27/2022

STIPULATED MOTION TO EXTEND
INITIAL DISCOVERY DEADLINES
CASE NO. 3:22-CV-05540- RJB

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

6. Defendant moved to dismiss the Complaint. Dkt. #15. In response, Plaintiff filed the First Amended Complaint. Dkt. #16. The Court accordingly denied Defendant's Motion to Dismiss without prejudice. Dkt. #17.

7. Defendant moved to dismiss the First Amended Complaint on September 16, 2022, Dkt. #18, and Plaintiff filed its brief in opposition on October 11, 2022, Dkt. #21. Defendant's reply brief is due October 14, 2022. See Local Rules W.D. Wash. LCR 7(d). The Court has scheduled oral argument on Defendant's Motion for October 26, 2022. Dkt. #22.

8. The parties have conferred and respectfully request an extension of the deadline to conduct their FRCP 26(f) Conference to thirty (30) days after the Court issues an Order ruling on Defendant's Motion to Dismiss. The parties further request that the deadline to exchange initial disclosures be extended to seven (7) days after the new deadline for the FRCP 26(f) Conference, and that the deadline to submit a Joint Status Report and Discovery Plan be extended to fourteen (14) days after the new deadline for the FRCP 26(f) Conference—to mirror the staggered schedule presently set by the Court. See Dkt. #8.

9. The parties request this extension in the interest of efficiency to the parties and the Court. Briefing is not yet complete on Defendant's motion to dismiss, and the parties are working diligently to prepare for oral argument, which is less than two weeks away and one day before the current deadline for submitting the joint status report. While the parties disagree on the issue of dismissal and whether a discovery plan will therefore ultimately be necessary, they agree that a ruling on Defendant's Motion to Dismiss would enable them to propose a Discovery Plan that is appropriately tailored to the needs of the case.

10. This is the parties' first request for an extension of the deadline to submit the Joint Status Report and Discovery Plan.

STIPULATED MOTION TO EXTEND
INITIAL DISCOVERY DEADLINES
CASE NO. 3:22-CV-05540- RJB

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

11. This extension is sought in good faith and not for purposes of undue delay.

DATED this October 13, 2022

/s/ *Daniel J. Jeon*
Daniel J. Jeon, WSBA No. 58087
Assistant Attorney General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 342-6437
Email: daniel.jeon@atg.wa.gov

*Attorney for Defendant Robert Ferguson*

/s/ *Nathaniel L. Taylor*
Daniel J. Ichinaga, WSBA No. 13522
Nathaniel L. Taylor, WSBA No. 27174
Abigail St. Hilaire, WSBA No. 48194
ELLIS, LI & MCKINSTRY PLLC
1700 Seventh Ave., Ste. 1810
Seattle, WA 98101
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: dichinaga@elmlaw.com
          ntaylor@elmlaw.com
          asthilaire@elmlaw.com

Lori H. Windham*
Daniel D. Benson*
Daniel M. Vitagliano*
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
Telephone: (202) 955-0095
Email: lwindham@becketlaw.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Seattle Pacific University*

STIPULATED MOTION TO EXTEND
INITIAL DISCOVERY DEADLINES
CASE NO. 3:22-CV-05540- RJB

Page 3

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052