THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington,<br><br>Defendant. | NO. 3:22-cv-05540-RJB<br><br>ORDER EXTENDING INITIAL DISCOVERY DEADLINES |

Having considered the stipulated motion of the parties, and good cause appearing therefore, the Court hereby orders that the deadline for the parties to conduct an FRCP 26(f) Conference is extended to thirty (30) days after the Court issues an Order ruling on Defendant's Motion to Dismiss. The deadline to exchange initial disclosures is extended to seven (7) days after the new deadline to conduct the FRCP 26(f) Conference. The deadline to submit a Joint Status Report and Discovery Plan is extended to fourteen (14) days after the new deadline to conduct the FRCP 26(f) Conference.

ORDER EXTENDING INITIAL
DISCOVERY DEADLINES
CASE NO. 3:22-CV-05540-RJB

Page 1

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052

Dated this 17th day of October, 2022.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER EXTENDING INITIAL
DISCOVERY DEADLINES
CASE NO. 3:22-CV-05540-RJB

Page 2

Ellis | Li | McKinstry
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
206.682.0565  Fax: 206.625.1052