UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY,<br><br>                Plaintiff,<br>v.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington,<br><br>                Defendant. | CASE NO. 3:22-cv-05540-RJB<br><br>ORDER GRANTING MOTION AND DISMISSING CASE |

      This matter comes before the Court on the Defendant's Motion to Dismiss. Dkt. 18. The Court has considered the pleadings filed regarding the motion, argument of counsel heard on 26 October 2022, and the remaining record.

      For the reasons provided in the oral opinion given on 26 October 2022, the Defendant's Motion to Dismiss (Dkt. 18) is granted. This case is dismissed.

      **IT IS SO ORDERED.**

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

ORDER GRANTING MOTION AND DISMISSING CASE - 1

Dated this 26TH day of October, 2022.

Robert J. Bryan
United States District Judge

ORDER GRANTING MOTION AND DISMISSING CASE - 2