UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington,<br><br>Defendant. | CIVIL JUDGMENT<br><br>CASE NO. 2:22-cv-5540-RJB |

___  **Jury Verdict.**  This action came to consideration before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**  **Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

- Defendant's Motion to Dismiss (Dkt. 18) is granted and the case is dismissed;
- This case IS CLOSED.

Dated this 26th day of October 2022.

        Ravi Subramanian
        Clerk of Court

        s/Tyler Campbell
        Tyler Campbell, Deputy Clerk

Judgment