UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington,<br><br>Defendant. | NO. 3:22-cv-05540-RJB<br><br>SEATTLE PACIFIC UNIVERSITY'S NOTICE OF APPEAL |

Notice is hereby given that Seattle Pacific University, plaintiff, appeals to the United States Court of Appeals for the Ninth Circuit from the order of dismissal (Dkt. 29) (incorporating the Court's October 26, 2022 oral opinion) and the accompanying Civil Judgment, dated October 26, 2022 (Dkt. 30).

DATED this November 23, 2022

THE BECKET FUND FOR RELIGIOUS LIBERTY

By: *s/ Lori Windham*
Lori H. Windham*
Daniel D. Benson*
Daniel M. Vitagliano*

1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
Telephone: (202) 955-0095
Email: lwindham@becketlaw.org
*Admitted Pro Hac Vice

ELLIS, LI & McKINSTRY PLLC

By:   *s/ Abigail St. Hilaire*
Daniel J. Ichinaga, WSBA No. 13522
Nathaniel L. Taylor, WSBA No. 27174
Abigail St. Hilaire, WSBA No. 48194
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1820
Telephone: (206) 682-0565
Fax: (206) 625-1052
dichinaga@elmlaw.com
ntaylor@elmlaw.com
asthilaire@elmlaw.com
*Attorneys for Seattle Pacific University*