UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEATTLE PACIFIC UNIVERSITY,

        Plaintiff,

     v.

ROBERT FERGUSON,

        Defendant.

Case No. C22-5540-RJB

TAXATION OF COSTS

      Having considered the filing for the cost bill herein (no opposition was filed by Plaintiff), costs in the above-entitled cause are hereby taxed against PLAINTIFF SEATTLE PACIFIC UNIVERSITY and on behalf of DEFENDANT ROBERT FERGUSON in the uncontested amount of $40.95 and included in the judgment.

      Entered this 2nd day of December 2022.

                                        Ravi Subramanian, Clerk
                                      U. S. District Court

                                  By:  s/ Tyler Campbell
                                        Tyler Campbell, Deputy Clerk

TAXATION OF COSTS - 1