# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY,<br><br>               Plaintiff,<br>   v.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington,<br><br>               Defendant. | CASE NO. 3:22-cv-05540-RJB<br><br>ORDER FOR PROPOSED BRIEFING SCHEDULE |

This matter comes before the Court on the Mandate of the Ninth Circuit Court of Appeals. Dkt. 42. The Court has considered the Ninth Circuit Court of Appeals June 7, 2024 opinion, affirming, in part, reversing, in part, and remanding the case (Dkt. 40), the mandate (Dkt. 42) and the remaining file.

In accord with the Circuit's June 7, 2024 opinion, the parties should file a proposed briefing schedule on the issue of whether the Plaintiff's remaining claims are prudentially ripe by **July 16, 2024**.

**IT IS SO ORDERED.**

ORDER FOR PROPOSED BRIEFING SCHEDULE - 1

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 2nd day of July, 2024.

*[signature]*

ROBERT J. BRYAN
United States District Judge