1

The Honorable Robert J. Bryan

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY, | NO.  3:22-cv-05540-RJB |
| Plaintiff, | ORDER GRANTING PARTIES' STIPULATION TO WITHDRAW |
| v. | DEFENDANT'S MOTION TO DISMISS ON THE GROUNDS OF |
| ROBERT FERGUSON, in his official capacity as Attorney General of Washington, | PRUDENTIAL RIPENESS, STRIKE DISMISSED RETROSPECTIVE CLAIMS FROM PLAINTIFF'S FIRST |
| Defendant. | AMENDED COMPLAINT, AND SET DEADLINE FOR DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

10

11

12

13

14

15

16

17

18   THIS MATTER comes before the United States District Court on the parties'

19   Stipulation to Withdraw Defendant's Motion to Dismiss on the Grounds of Prudential

20   Ripeness, Strike Dismissed Retrospective Claims from Plaintiff's First Amended Complaint,

21   and Set Deadline for Defendant's Answer to Plaintiff's First Amended Complaint. The Court,

22   being familiar with the records on file, and having considered the parties' stipulation, hereby

23   ORDERS that:

24           a.   Defendant's motion to dismiss on the grounds of prudential ripeness is

25               withdrawn, ECF No. 18;

26           b.   Counts I, III, IV, V, VIII, and XI, which were dismissed, are stricken from

ORDER GRANTING PARTIES'
STIPULATION
3:22-cv-05540-RJB

1

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744

1      Plaintiff's First Amended Complaint, ECF No. 16; and

2         c.   Defendant shall file his Answer to the First Amended Complaint by

3           August 12, 2024.

4

5    **IT IS SO ORDERED.**

6    ENTERED this 18th day of July, 2024.

7

8                             _____

9                            ROBERT J. BRYAN
                           United States District Judge

10 Presented by:

11 ROBERT W. FERGUSON
Attorney General of Washington

12

13 By: s/ *May Che*
_____
14 MAY CHE, WSBA No. 62261
DANIEL J. JEON, WSBA No. 58087
15 Assistant Attorney General
Wing Luke Civil Rights Division
16 Office of the Attorney General
800 Fifth Avenue, Suite 2000
17 Seattle, WA 98104
(206) 340-6780
18 may.che@atg.wa.gov
daniel.jeon@atg.wa.gov

19

20

21

22

23

24

25

26

ORDER GRANTING PARTIES'
STIPULATION
3:22-cv-05540-RJB

2

ATTORNEY GENERAL OF WASHINGTON
Civil Rights Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104
(206) 464-7744