The Honorable Robert J. Bryan

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SEATTLE PACIFIC UNIVERSITY<br><br>*Plaintiff*,<br><br>v.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington<br><br>*Defendant*. | No. 3:22-cv-05540-RJB<br><br>STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES |

The parties submit the following stipulation and respectfully request an extension of the deadline for submission of the Joint Status Report and Discovery Plan, as set forth below:

1. On July 2, 2024, the Court entered an Order setting the following initial discovery deadlines, Dkt. #43:

    a.  FRCP 26(f) Conference:                                              8/16/2024

    b.  Initial Disclosures Pursuant to FRCP 26(a)(1):       8/23/2024

    c.  Combined Joint Status Report and Discovery

        Plan as Required by FRCP 26(f)

        and Local Civil Rule 26(f):                                          8/30/2024

Stipulation and Order
No. 3:22-cv-05540-RJB – 1

ELLIS, LI & McKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

2. On July 18, pursuant to a stipulated agreement, the Court set Defendant's answer deadline for August 12, 2024.

3. The parties have conferred and Plaintiff respectfully requests an extension of the deadlines in the July 2 Order by seven (7) days to submit the Joint Status Report and Discovery Plan. The new schedule would be as follows:

   a. FRCP 26(f) Conference:                                8/23/2024
   b. Initial Disclosures Pursuant to FRCP 26(a)(1):        8/30/2024
   c. Combined Joint Status Report and Discovery
      Plan as Required by FRCP 26(f)
      and Local Civil Rule 26(f):                           9/6/2024

4. Plaintiff requests this extension because the current schedule conflicts with pre-existing obligations for counsel, and the initial deadlines would provide time for review of Defendant's answer, due August 12.

5. Defendant does not oppose this request.

6. This is the parties' first request an extension of the deadlines in the July 2, 2024, Order. In 2022, the parties had previously stipulated to an extension of these deadlines during the briefing on Defendant's motion to dismiss, but those deadlines were obviated after the Court dismissed the case. Dkt. #25.

7. This extension is sought in good faith and not for purposes of undue delay.

[SIGNATURES ON NEXT PAGE]

Stipulation and Order
No. 3:22-cv-05540-RJB – 2

ELLIS, LI & McKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

1   Respectfully submitted this 1st day of August, 2024.

2

3   /s/ Daniel J. Jeon
Daniel J. Jeon, WSBA No. 58087
May Che, WSBA No. 62261
Assistant Attorneys General
Wing Luke Civil Rights Division
Office of the Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
Telephone: (206) 342-6437
Email: daniel.jeon@atg.wa.gov
          may.che@atg.wa.gov

*Attorney for Defendant Robert Ferguson*

/s/ Lori H. Windham
Daniel J. Ichinaga, WSBA No. 13522
Nathaniel L. Taylor, WSBA No. 27174
Abigail St. Hilaire, WSBA No. 48194
ELLIS, LI & MCKINSTRY PLLC
1700 Seventh Ave., Ste. 1810
Seattle, WA 98101
Telephone: (206) 682-0565
Fax: (206) 625-1052
Email: dichinaga@elmlaw.com
          ntaylor@elmlaw.com
          asthilaire@elmlaw.com

Lori H. Windham*
Daniel D. Benson*
THE BECKET FUND FOR RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW, Ste. 400
Washington, DC 20006
Telephone: (202) 955-0095
Email: lwindham@becketlaw.org
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Seattle Pacific University*

Stipulation and Order
No. 3:22-cv-05540-RJB – 3

ELLIS, LI & MCKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565

**ORDER**

Having considered the Stipulated Motion filed by the parties, and good cause appearing therefore, the Court hereby orders that the deadline for submission of the Joint Status Report and Discovery Plan is extended by seven (7) days.

The schedule is now as follows:

    a. FRCP 26(f) Conference:                                       8/23/2024

    b. Initial Disclosures Pursuant to FRCP 26(a)(1):      8/30/2024

    c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f):      9/6/2024

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 1, 2024

_____
ROBERT J. BRYAN
United States District Judge

Stipulation and Order
No. 3:22-cv-05540-RJB – 4

ELLIS, LI & McKINSTRY PLLC
1700 SEVENTH AVENUE, SUITE 1810
SEATTLE, WA 98101
TELEPHONE (206) 682-0565