UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| SEATTLE PACIFIC UNIVERSITY, | CASE NO. 3:22-CV-05540-BJR |
|---|---|
| Plaintiff, | ORDER SETTING TRIAL DATE AND RELATED DATES |
| v. | |
| ROBERT FERGUSON, in his official capacity as Attorney General of Washington, | |
| Defendant. | |

| **BENCH TRIAL DATE** | **4/13/2026** |
|---|---|
| Deadline for joining additional parties | 10/7/2024 |
| Deadline for filing amended pleadings | 10/28/2024 |
| Deadline to notice depositions or subpoena third parties | 3/17/2025 |
| Fact Discovery completed by | 4/15/2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 5/30/2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 7/18/2025 |
| Expert Discovery completed by | 8/15/2025 |
| All dispositive motions must be filed by | 10/1/2025 |
| All motions *in limine* must be filed by | 3/4/2026 |

ORDER SETTING TRIAL DATE AND RELATED DATES - 1

| Joint Pretrial Statement | 3/16/2026 |
|---|---|
| Pretrial conference | 3/31/2026 |
| Length of Bench Trial | 3-10 Days |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules and/or the Court's Standing Order in all civil cases. If any of the dates identified in this Order, the Standing Order, or he Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery in the time allowed is not recognized as good cause.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must notify the Courtroom Deputy Clerk in writing within **TEN (10) days** of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

**SO ORDERED**.

The 24th of September 2024.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER SETTING TRIAL DATE AND RELATED DATES - 2